## OFFICE OF THE FEDERAL PUBLIC DEFENDER
### DISTRICT OF MARYLAND
#### NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872
EMAIL:  Andrew_Szekely@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY
ASSISTANT FEDERAL PUBLIC DEFENDER

September 26, 2018

The Honorable Paula Xinis
United States District Judge
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770
**Via CM/ECF**

Re:   *United States v. Roy Evans,* PX-16-0421

Dear Judge Xinis:

We write in advance of Monday's sentencing hearing in this matter. When Mr. Evans pleaded guilty, the government reserved the right to present evidence related to Counts One and Seven through Fourteen, which alleged conduct to which Mr. Evans did not plead guilty. These matters would have been relevant to the computation of the correct advisory sentencing guidelines range.

In its sentencing memorandum (ECF No. 124), the government outlined the evidence it intends to introduce as to those matters as well as other conduct related to two other victims. We have reviewed this matter with Mr. Evans. Based on our discussions with him, Mr. Evans will not be challenging the government's evidence as to the conduct related to the individuals identified as Victims 2, 3, 4, and 5. In other words, Mr. Evans concedes that the government's evidence on those matters is sufficient to establish those facts for sentencing. Mr. Evans does not concede that he committed the conduct alleged in Count One.

Relatedly, Mr. Evans agrees that restitution would be appropriate as to those victims, along with Victim 1. But, the parties have not agreed to the amount. Should the parties reach an agreement, we will notify the Court in advance of the hearing.

We thank the Court for its attention this matter.

September 26, 2018
Page 2

                     Sincerely,

                     /s/

                     Andrew Szekely
                     Patricia L. Richman
                     Assistant Federal Public Defenders

cc:  Kelly Hayes, Assistant United States Attorney
    Timothy Hagan, Assistant United States Attorney